Case 1:08-cv-03623-SAS  Document 1  Filed 04/15/2008  Page 1 of 1

JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

08 CIV 3623

| | |
|---|---|
| BRETT MCKENZIE, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : |
| DOW JONES & COMPANY, INC. | : JURY TRIAL DEMANDED |
| Defendant. | : |



**CIVIL ACTION: COMPLAINT**

Plaintiff Brett McKenzie, by his attorney Richard M. Mortner, Esq., for his complaint against defendant respectfully alleges as follows:

**NATURE OF THE ACTION**

1. Plaintiff is a 36 year-old single parent, raising an eight-year old son in a small town in New Hampshire.

2. In 1983, plaintiff Brett McKenzie, at age 12, was sexually molested by a Roman Catholic priest.

3. In 2003, Brett McKenzie joined a class action against the Roman Catholic Diocese of Manchester, N.H. As a result, plaintiff entered into a confidential agreement in November 2003 with the Diocese of Manchester, NH, and plaintiff received $20,000.

4. In 2005, Brett McKenzie was maliciously attacked by The Wall Street Journal in an article written by Dorothy Rabinowitz. In the article, The Wall Street Journal