Slade R. Metcalf (SM 8360)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorneys for Defendant*
*Dow Jones & Company, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BRETT MCKENZIE,                                         :
                                                         :
                            Plaintiff,    : Case No. 08 Civ. 3623 (SAS)
                                                         :
   – against –                                       : **NOTICE OF APPEARANCE**
                                                         :
DOW JONES & COMPANY, INC.,                              :
                                                         :
                          Defendant.    :
------------------------------------------------------------------------X

     PLEASE TAKE NOTICE that the undersigned hereby enters its appearance in this matter as counsel for defendant Dow Jones & Company, Inc. and requests that all parties serve on the undersigned copies of all papers filed in or affecting this action.

Dated: April 30, 2008

                                              Respectfully submitted,

                                              HOGAN & HARTSON LLP

                                              By: _____/s/ Slade R. Metcalf_____
                                                Slade R. Metcalf (SM 8360)
                                              HOGAN & HARTSON LLP
                                              875 Third Avenue
                                              New York, NY 10022
                                              Tel: (212) 918-3000

                                              *Attorneys for Defendant*
                                              *Dow Jones & Company, Inc.*

- 2 -

TO: Richard Morris Mortner
 40 Broad Street, 5th Floor
 New York, NY 10004
 Tel: (212) 575-0500
 Fax: (212) 354-5323
 Email: rmm@mortnerlaw.com
 *Attorney for Plaintiff Brett McKenzie*

- 2 -

\\\NY - 031767/000001 - 1081211 v1

## CERTIFICATE OF SERVICE

      I, Rachel F. Strom, hereby certify that on April 30, 2008, I caused a true and correct copy of the Notice of Appearance to be served through the Court's electronic notification system upon:

      Richard Morris Mortner, Esq.
      40 Broad Street, 5th Floor
      New York, NY 10004
      (212) 480-2181
      *Attorney for Plaintiff Brett McKenzie*

Dated: April 30, 2008

                                                      s/ Rachel F. Strom
                                                RACHEL F. STROM (RS 9666)