Slade R. Metcalf (SM 8360)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorneys for Defendant*
*Dow Jones & Company, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BRETT MCKENZIE,                                          :
                                                         :
                        Plaintiff,    : Case No. 08 Civ. 3623 (SAS)
                                                         :
   – against –                                         : **NOTICE OF APPEARANCE**
                                                         :
DOW JONES & COMPANY, INC.,                               :
                                                         :
                      Defendant.   :
------------------------------------------------------------------------X

     PLEASE TAKE NOTICE that the undersigned hereby enters its appearance in this matter as counsel for defendant Dow Jones & Company, Inc. and requests that all parties serve on the undersigned copies of all papers filed in or affecting this action.

Dated: April 30, 2008

                                                    Respectfully submitted,

                                                    HOGAN & HARTSON LLP

                                                    By: _____/s/ Rachel F. Strom_____
                                                    Rachel F. Strom (RS 9666)
                                                    HOGAN & HARTSON LLP
                                                    875 Third Avenue
                                                    New York, NY 10022
                                                    Tel: (212) 918-3000

                                                    *Attorneys for Defendant*
                                                    *Dow Jones & Company, Inc.*

\\\NY - 031767/000001 - 1082048 v1

- 2 -

TO: Richard Morris Mortner
     40 Broad Street, 5th Floor
     New York, NY 10004
     Tel: (212) 575-0500
     Fax: (212) 354-5323
     Email: rmm@mortnerlaw.com
     *Attorney for Plaintiff Brett McKenzie*

## **CERTIFICATE OF SERVICE**

      I, Rachel F. Strom, hereby certify that on April 30, 2008, I caused a true and correct copy of the Notice of Appearance to be served through the Court's electronic notification system upon:

      Richard Morris Mortner, Esq.
      40 Broad Street, 5th Floor
      New York, NY 10004
      (212) 480-2181
      *Attorney for Plaintiff Brett McKenzie*


Dated: April 30, 2008


                                                        s/ Rachel F. Strom
                                                   RACHEL F. STROM (RS 9666)