Job#:N-A021-4/10-858                                              Richard M. Mortner, Esq.

# AFFIDAVIT OF SERVICE

Index #: 08-civ3623

COURT: United States District    COUNTY: Southern N.Y.

------------------------------------------------

**Brett McKenzie**

                              Plaintiff

       against

**Dow Jones & Company Inc.**

                              Defendant

------------------------------------------------

**STATE OF NEW YORK, COUNTY OF New York**     :SS:

**Robert Lee Jenkins** being duly sworn deposes & says:
I am over 18 years of age, not a party to this action, and
reside in the State of New York.

That on **April 17, 2008 at 3:30 pm**
at **1 World Financial Center, New York, New York,**

I served the **Summons & Complaint**

upon: **Dow Jones & Company Inc.**
therein named, by delivering to & leaving personally with
**Jason Conti** , a true copy of each thereof
Reponent describes the person actually served as follows:

       SEX:          Male
       COLOR:        White
       HAIR:         Black
       AGE:          35
       APP HT:       5'6 "
       APP WT:       155

DEPONENT further says; that at the time of such service I knew the said person served
to be authorized to accept service

Sworn to before me this
April 18, 2008

Lana Faith Pollack
Commissioner of Deeds
No. LP-5537
Qualified in New York County
Commission Expires July 1, 2008

                                          Robert Lee Jenkins 1189336