Slade R. Metcalf (SM 8360)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000

*Attorneys for Defendant*
*Dow Jones & Company, Inc.*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BRETT MCKENZIE,

           Plaintiff,

    – against –    Case No. 08 CV 3623 (SAS)

DOW JONES & COMPANY, INC.,

           Defendant.
------------------------------------------------------X

## STIPULATION

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Brett McKenzie ("Plaintiff") and defendant Dow Jones & Company, Inc. ("Dow Jones");

    1.    On April 15, 2008, Plaintiff filed a complaint (the "Complaint") in this action;

    2.    On April 17, 2008, Dow Jones was served with the Complaint;

    3.    The parties hereby agree that Dow Jones' time to answer, move or otherwise respond to the Complaint be and the same hereby is extended to and including May 21, 2008;

    4.    This is the first request for an extension of time to respond to the Complaint;

\\\\NY - 031767/000001 - 1082041 v1

5. A facsimile copy of the signature page of this stipulation will be deemed to be an original for purposes of filing and judicial endorsement.

Dated: May 1, 2008

_____
Richard Morris Mortner (RM 0019)
40 Broad Street, 5th Floor
New York, NY 10004
Tel: (212) 480-2181
*Attorneys for Plaintiff*
*Brett McKenzie*

Dated: 5/1/08

_____
Slade R. Metcalf (SM 8360)
Rachel F. Strom (RS 9666)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
*Attorneys for Defendant*
*Dow Jones & Company, Inc.*

IT IS SO ORDERED:

_____
U.S.D.J.

Dated: May 5, 2008