Slade R. Metcalf (SM 8360)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022
Telephone: (212) 918-3000

*Attorneys for Defendant*
*Dow Jones & Company, Inc*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BRETT MCKENZIE,                                     :
                                                    :
                        Plaintiff,                  :
                                                    :    Case No. 08 CV 3623 (SAS)
        – against –                                 :
                                                    :    **NOTICE OF MOTION**
DOW JONES & COMPANY, INC.,                          :
                                                    :
                        Defendant.                  :
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed declaration of Slade R. Metcalf, sworn to the 21st day of May, 2008, and the exhibit annexed thereto, and upon all prior papers and proceedings heretofore had herein, the undersigned will move this Court, before the Honorable Shira A. Scheindlin, United States District Judge, United States District Court, Southern District of New York, at the United States Courthouse, Courtroom 15C, 500 Pearl Street, New York, New York 10007, at a date and time as shall be set by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint of plaintiff Brett McKenzie ("Plaintiff") with prejudice as against defendant Dow Jones & Company, Inc. in its entirety, and granting such other and further relief as this Court may deem appropriate.  Oral argument, if any, will be on a date and at a time to be designated by the Court.

\\\NY - 031767/000001 - 1081899 v1

**PLEASE TAKE FURTHER NOTICE** that, opposition papers, if any, shall be served by Plaintiff within ten business days after service of the motion papers in accordance with Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

Dated: May 21, 2008

Respectfully submitted,

HOGAN & HARTSON LLP

By: s/ Slade R. Metcalf
Slade R. Metcalf  (SM 8360)
Rachel F. Strom  (RS 9666)
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
Tel. (212) 918-3000
Fac. (212) 918-3100

*Attorneys for Defendant*
*Dow Jones & Company, Inc.*

TO:   Richard M. Mortner
      40 Broad Street, 5th Floor
      New York, NY 10004
      Tel: (212) 480-2181
      *Attorney for Plaintiff Brett McKenzie*

Slade R. Metcalf (SM 8360)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000

*Attorneys for Defendant*
*Dow Jones & Company, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BRETT MCKENZIE,                                   :
                                                  :
                        Plaintiff,                :
                                                  :   Case No. 08 CV 3623 (SAS)
            – against –                           :
                                                  :
DOW JONES & COMPANY, INC.,                        :
                                                  :
                        Defendant.                :
-----------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I, Rachel F. Strom, hereby certify that on May 21, 2008, I caused a true and correct copy of the Notice Of Motion, Memorandum Of Law of Dow Jones & Company, Inc. In Support of Its Motion To Dismiss The Complaint, and the Declaration Of Slade R. Metcalf In Support Of Defendant's Motion To Dismiss The Complaint and the exhibit annexed thereto, to be served through the Court's electronic notification system and by Federal Express overnight delivery upon:

Richard M. Mortner
40 Broad Street, 5th Floor
New York, NY 10004
Tel: (212) 480-2181
*Attorney for Plaintiff Brett McKenzie*

Dated: May 21, 2008                               s/ Rachel F. Strom
                                                   RACHEL F. STROM (RS 9666)

\\\NY - 031767/000001 - 1084458 v1