UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BRETT MCKENZIE,                                     :
                                                    :
                     Plaintiff,            :
                                                    :   Case No. 08 CV 3623 (SAS)
          – against –                              :
                                                    :
DOW JONES & COMPANY, INC.,                          :
                                                    :
                     Defendant.            :
------------------------------------------------------------------------X

## STATEMENT OF DEFENDANT DOW JONES & COMPANY, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Dow Jones & Company, Inc. ("Dow Jones") certifies that News Corporation, a publicly-traded company, is the ultimate parent corporation of Dow Jones. No publicly-held company owns 10% or more of News Corporation's stock. Dow Jones does not have any other corporate parents, subsidiaries or affiliates that are publicly held.

Dated: May 21, 2008

                                                 Respectfully submitted,

                                                 HOGAN & HARTSON LLP

                                                 By: s/ Slade R. Metcalf
                                                 Slade R. Metcalf (SM 8360)
                                                 Rachel F. Strom (RS 9666)
                                                 HOGAN & HARTSON LLP
                                                 875 Third Avenue
                                                 New York, New York 10022
                                                 Tel. (212) 918-3000
                                                 Fac. (212) 918-3100
                                                 *Attorneys for Defendant*
                                                 *Dow Jones & Company Inc.*

\\\NY - 031767/000001 - 1082930 v1

Slade R. Metcalf (SM 8360)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000

*Attorneys for Defendant*
*Dow Jones & Company, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BRETT MCKENZIE,                                  :
                                                 :
                          Plaintiff,             :
                                                 :    Case No. 08 CV 3623 (SAS)
         – against –                             :
                                                 :
DOW JONES & COMPANY, INC.,                       :
                                                 :
                          Defendant.             :
------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I, Rachel F. Strom, hereby certify that on May 21, 2008, I caused a true and correct copy of the Statement Of Defendant Dow Jones & Company, Inc. Pursuant To Federal Rule of Civil Procedure 7.1 to be served through the Court's electronic notification system and by Federal Express overnight delivery upon:

    Richard M. Mortner
    40 Broad Street, 5th Floor
    New York, NY 10004
    Tel: (212) 480-2181
    *Attorney for Plaintiff Brett McKenzie*

Dated: May 21, 2008                                     s/ Rachel F. Strom
                                                                RACHEL F. STROM (RS 9666)