UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

BRETT MCKENZIE,

        Plaintiff,

  - against -

DOW JONES & COMPANY, INC.

        Defendant.

CIVIL ACTION NO. 08 CIV 3623 (SAS) (JCF)

**NOTICE OF APPEAL**

FILED U.S. DC AUG 19 2008 S.D. OF N.Y.

---

NOTICE IS HEREBY GIVEN that Brett McKenzie, plaintiffs in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order granting defendant's motion to dismiss entered in this action on the 22nd day of July2008, Docket Item No. 14.

Dated: August 18, 2008
       New York, NY

Yours, *etc.*,

Richard M. Mortner (RM-0019)
40 Broad Street, 5th Floor
New York, NY 10004
Tel. 212-480-2181

Attorney for Plaintiff Brett McKenzie