UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

BRETT MCKENZIE,

       Plaintiff,

  - against -

DOW JONES & COMPANY, INC.

       Defendant.

---

CIVIL ACTION NO. 08 CIV 3623
(SAS) (JCF)

**NOTICE OF CHANGE OF ADDRESS AND CHANGE OF NAME**

PLEASE TAKE NOTICE THAT Richard M. Mortner, Esq., attorney for Plaintiff Brett Mckenzie hereby gives notice that he has changed his address and phone number to:

> The Mortner Law Office, PC
> 130 William St., 6th Floor
> New York, NY 10038
> Tel.: 646-839-8530
> Fax: 646-304-3169

PLEASE TAKE FURTHER NOTICE THAT, pursuant to a grant of the Supreme Court of the State of New York, Appellate Division, First Department, the name under which **Richard M. Mortner** practices law has been changed to **Moshe Mortner**.

All correspondence and pleading should be served upon Moshe Mortner, Esq. at the address above.

Dated: August 25, 2008
      New York, NY

THE MORTNER LAW OFFICE, PC

By: _____
    Moshe Mortner
The Mortner Law Office, P.C.
130 William St., 6th Floor
New York, NY 10038
Tel.: 646-839-8530